UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED
AUG 1 9 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| | |
|---|---|
| FRANK BRETT, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 08 1436 |
| ) | |
| ATTORNEY GENERAL OF THE ) | |
| UNITED STATES OF AMERICA, *et al.*, ) | |
| ) | |
| Defendants. ) | |

### DISMISSAL ORDER

For the reasons stated in the accompanying Memorandum Opinion, is hereby

ORDERED that the plaintiff's application to proceed *in forma pauperis* is GRANTED, and it is

FURTHER ORDERED the complaint is DISMISSED without prejudice, and the accompanying motions are DENIED without prejudice.

This is a final appealable Order. *See* Fed. R. App. P. 4(a).

SO ORDERED.

Date: 8/13/08

/s/
United States District Judge